Electronically Filed
Intermediate Court of Appeals
30706
27-MAY-2011
07:44 AM

NO. 30706

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LOUISE F. LEE and IDA P. PEPPERS,
Plaintiffs-Appellants,

v.

MAHEALANI L. LEE, ACE BAIL BONDS, LLC, et al.,
Defendants-Appellees,

and

DOE CORPORATIONS 1-99,
DOE "NON-PROFIT" CORPORATIONS 1-99, et al, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0930)

ORDER APPROVING PLAINTIFFS-APPELLANTS'
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Leonard, JJ.)

Upon consideration of the document entitled "Stipulation for Dismissal of All Claims By Plaintiffs-Appellants Louise F. Lee and Ida P. Peppers Against Defendants-Appellees Mehealani L. Lee, Ace Bail Bonds, LLC, . . .", the papers in support, and the records and files herein, it appears that:

On August 31, 2010, Plaintiffs-Appellants Louise F. Lee and Ida P. Peppers (Appellants) filed a notice of appeal. The record on appeal was filed on October 25, 2010. Appellants did not file a statement of jurisdiction. On December 6, 2010, Appellants moved for a ninety-day extension of time to file the opening brief because the parties were settling this case as well as other related cases and they needed time to work out the terms and complete a settlement. This court granted the motion and extended the opening brief due date to March 10, 2011. Appellants did not file the opening brief on March 10, 2010.

On April 25, 2011, Appellants filed this stipulation of dismissal with prejudice of all claims pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) with the parties to bear their own costs, sanctions, and attorneys' fees. HRAP Rule 42(b) governs stipulations for dismissal of appeals, and we conclude the parties are submitting this stipulation to dismiss the appeal and we construe this document as a stipulation to dismiss the appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed with the parties to bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, May 27, 2011.

Chief Judge

Associate Judge

Associate Judge